AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
FOURTY-TWO CELLULAR PHONES LOCATED AT )
THE FEDERAL BUREAU OF INVESTIGATION )
WASHINGTON FIELD OFFICE )

Case: 1:16-mj-00794
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 11/23/2016
Description: Search and Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before  December 7, 2016  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Deborah A. Robinson _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  NOV 23 2016 @ 1:22 PM       _[signed]_
                                                    *Judge's signature*

City and state:   Washington, D.C.        Deborah A. Robinson, United States Magistrate Judge
                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 16-mj- | Date and time warrant executed: 3/8/17 | Copy of warrant and inventory left with: FBI Case file |
|---|---|---|

Inventory made in the presence of: Case Agent (Items searched were in FBI property)

Inventory of the property taken and name of any person(s) seized:

The following phones were exploited and a digital report was produced for: Target Phones 1, 2, 3, 4, 5, 7, 9, 10, 11, 12, 13, 14, 16, 17, 20, 21, 24, 25, 26, 27, 28, 29, 30, 33, 35, 36, 37, 38, 39, 40, and 41.

The following phones were broken and not exploited: 15, 18, 19, 22, 23, 31, 32, and 34.

The following phones were password protected and could not be exploited: 6, 8 and 42.

All of the digital reports will be made with the FBI case file in evidence.

FILED
MAR 14 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/8/17

Executing officer's signature

E A Ferriter, FBI, Special Agent
Printed name and title